No. 15,367.

HANEBUTH, CHIEF OF POLICE ET AL. *v.* PATTON.
(142 P. [2d] 1010)

Decided October 11, 1943.

Mr. MALCOLM LINDSEY, Mr. FRANK L. HAYS, for plaintiffs in error.

Mr. BYRON G. ROGERS, for defendant in error.

*En Banc.*

MR. JUSTICE BURKE delivered the opinion of the court.

THIS cause is entirely controlled by the decision in *Hanebuth v. Scott,* 111 Colo. 443, 142 P. (2d) 1008. The judgment herein is therefore reversed and the cause remanded with directions to dismiss at the costs of defendant in error.

MR. JUSTICE KNOUS dissents.